**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                                          CASE NO: 8:08-cr-423-T-EAK-MAP

EXCARGO LARA-GONZALEZ
_____/

**Order Granting Defendant's Unopposed Motion for Prison-Term Reduction Under**
**18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

Before the Court is the defendant's motions to reduce his prison term under 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG §1B1.10(d) (2014). Docs. 246 and 257. The United States does not oppose a reduction. Doc. 257. The parties stipulate that he is eligible for a reduction because Amendment 782 reduces the guideline range applicable to him, *see* USSG §1B1.10(a)(1). Doc. 257. The Court agrees that he is eligible for a reduction and adopts the amended guideline calculations in the parties' stipulation. Doc. 257.

Having reviewed the facts in both the original presentence investigation report and the February 13, 2015 memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), the Court finds that a reduction of 22 months is warranted. Consistent with USSG §1B1.10(e)(1), and in light of the practical difficulties of a possible release date on Sunday, November 1, 2015, the effective date of this order is November 2, 2015.

Thus:

1. The Court grants the defendant's motions, Docs. 246 and 257.

2. The Court reduces the defendant's prison term from 108 to 86 months or time served, whichever is greater.

3. The effective date of this order is November 2, 2015.

**DONE** and **ORDERED** in Chambers, Tampa, Florida on June 19, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services